UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERARD BARSOUM,<br><br>*Plaintiff*,<br><br>-v-<br><br>KINDERHOOK INDUSTRIES, LLC; AMN HEALTHCARE SERVICES, INC.; and DAVID FETTEROLF<br><br>*Defendant*. | Civil Action: 1:23-CV-10928-WGY |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Gerard Barsoum ("Plaintiff") and Defendant, David Fetterolf ("Defendant Fetterolf"), (collectively the "Parties), by and through their respective attorneys of record, as follows:

WHEREAS on February 13, 2023, Plaintiff filed the Original Complaint against Defendant Fetterolf, Defendant Kinderhook Industries, LLC ("Defendant Kinderhook"), and Defendant AMN Healthcare Services, Inc. ("Defendant AMN") in the Middlesex County Superior Court, Case No. 23-452.

WHEREAS on April 28, 2023, Defendant AMN removed the Original Complaint to this Court.

WHEREAS on June 26, 2023, Plaintiff filed the Amended Complaint against Defendant Kinderhook, Defendant AMN, and Defendant Fetterolf consisting of the following claims: (1) misrepresentation; (2) breach of contract; (3) breach of implied covenant of good faith and fair

dealing; (4) detrimental reliance; and (5) unfair and deceptive trade practices under Mass General Laws Chapter 93A, §11.

WHEREAS Plaintiff served Defendant Fetterolf with the Amended Complaint on November 21, 2023.

WHEREAS Plaintiff and Defendant Fetterolf, through their respective counsel, have conferred on the issues raised by Defendant Fetterolf's potential motion to dismiss relative to service of process, personal jurisdiction, and the merits of the claims against Defendant Fetterolf in the Amended Complaint.

WHEREAS, Plaintiff and Defendant Fetterolf have jointly agreed that Plaintiff releases and thereby dismisses any and all claims that Plaintiff has or could have raised in the Amended Complaint, including any claims for attorney's fees and costs, arising out of the allegations in the Amended Complaint, as against Defendant Fetterolf ONLY, WITH PREJUDICE.

WHEREAS, Plaintiff and Defendant Fetterolf have jointly agreed that Defendant Fetterolf will not pursue and thereby releases Plaintiff from any and all claims that Defendant Fetterolf has or could have raised in response to the Amended Complaint, including any claims for attorney's fees or costs under Federal Rule of Civil Procedure 11 or otherwise, or in response to the substantive claims asserted in the Amended Complaint, as against Plaintiff ONLY, WITH PREJUDICE.

WHEREAS, expressly excluded from this Joint Stipulation are: (1) any claims which Plaintiff may have against Defendant AMN or Defendant Kinderhook arising out of the Amended Complaint; and (2) any claims which Defendant Fetterolf may have against Defendant AMN or Defendant Kinderhook including without limitation any claim for contractual, common law or statutory indemnity.

Based on the recitals above, the Parties hereby stipulate that all claims against Defendant Fetterolf in the Amended Complaint or that could have been brought by Plaintiff against Defendant Fetterolf, are dismissed WITH PREJUDICE, each side to bear their own fees and expenses, and all rights of appeal pertaining to this Stipulation are WAIVED.

THIS DISMISSAL shall be effective upon filing of this Joint Stipulation.

Respectfully submitted,

**Defendant,**
**DAVID FETTEROLF**
By his counsel,

*/s/ Michael S. Metta*
Jeffrey M. Rosin, Esq. (BBO #629216)
Michael S. Metta, Esq. (BBO #709490)
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 719
Boston, Massachusetts 02199
(617) 843-6800
jrosin@ohaganmeyer.com
mmetta@ohaganmeyer.com

**Plaintiff**
**GERARD BARSOUM**
By his counsel,

*Stephen Rosenberg*
Stephen Rosenberg, Esq. (BBO #558415)
WAGNER LAW GROUP, PC
125 High Street
Oliver Street Tower, 5th Floor
Boston, Massachusetts 02110
(617) 357-5200
srosenberg@wagnerlawgroup.com

Dated: December 11, 2023

**CERTIFICATE OF SERVICE**

I, Michael S. Metta, hereby certify that a true and accurate copy of the foregoing document was served upon attorney of record for each party via the court's electronic filing system, CM/ECF, on December 11, 2023

*/s/ Michael S. Metta*
Michael S. Metta, Esq.